FILED
U.S. BANKRUPTCY COURT
2007 MAR 26  P 1: 20
S.D. OF N.Y.

MOSES & SINGER LLP
Alan E. Gamza (AG 2014)
Philippe Zimmerman (PZ 7744)
Alan Kolod (AK 3108)
405 Lexington Avenue
New York, NY 10174
Tel: (212) 554-7800
Fax: (212) 554-7700

WILMER CUTLER PICKERING
HALE AND DORR LLP
Seth P. Waxman
Craig Goldblatt
Danielle Spinelli
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

LAW OFFICES OF MICHAEL A.
GOLDFARB
Michael A. Goldfarb (admitted *pro hac vice*)
1150 Market Place Tower
2025 First Avenue
Seattle, WA 98121
Tel: (206) 374-7090
Fax: (206) 374-7095

PUBLIC UTILITY DISTRICT NO. 1 OF
SNOHOMISH COUNTY, WASHINGTON
Michael Gianunzio
Eric Christensen (admitted *pro hac vice*)
2320 California Street
P.O. Box 1107
Everett, WA 98206
Tel: (425) 783-8649
Fax: (425) 783-8305

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ENRON CREDITORS RECOVERY CORP. (f/k/a ENRON CORP.),

Reorganized Debtors.

---

ENRON POWER MARKETING, INC.,

Plaintiff,

v.

PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY,

Defendant.

Chapter 11

Case No. 01-16034 (AJG)

Jointly Administered

Adv. Proc. No. 03-02064 (AJG)

## NOTICE OF APPEAL

Defendant Public Utility District No. 1 of Snohomish County, Washington, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 and 8002, from the Order

Striking in Part Certain Defenses of Public Utility District No. 1 of Snohomish County and Granting Cross-Motion of Snohomish County to Compel Arbitration and Dismiss Adversary Proceeding, entered on March 19, 2007, including all interlocutory orders that merge into that final judgment.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

**Attorneys for Plaintiff Enron Power Marketing, Inc.:**

CADWALADER, WICKERSHAM & TAFT LLP
Israel Dahan
One World Financial Center
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

    -and-

Mark C. Ellenberg
1201 F Street N.W.
Washington, DC 20004
Tel: (202) 862-2200
Fax: (202) 862-2400

WEIL, GOTSHAL & MANGES LLP
Peter Gruenberger
Jonathan D. Polkes
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8800
Fax: (212) 310-8007

**Attorneys for Defendant Public Utility District No. 1 of Snohomish County:**

MOSES & SINGER LLP
Alan E. Gamza (AG 2014)
Philippe Zimmerman (PZ 7744)
Alan Kolod (AK 3108)
405 Lexington Avenue
New York, NY 10174
Tel: (212) 554-7800
Fax: (212) 554-7700

WILMER CUTLER PICKERING
HALE AND DORR LLP
Seth P. Waxman
Craig Goldblatt
Danielle Spinelli
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

LAW OFFICES OF MICHAEL A. GOLDFARB
Michael A. Goldfarb (admitted *pro hac vice*)
1150 Market Place Tower
2025 First Avenue
Seattle, WA 98121
Tel: (206) 374-7090
Fax: (206) 374-7095

PUBLIC UTILITY DISTRICT NO. 1 OF
SNOHOMISH COUNTY, WASHINGTON
Michael Gianunzio
Eric Christensen (admitted *pro hac vice*)
2320 California Street
P.O. Box 1107
Everett, WA 98206
Tel: (425) 783-8649
Fax: (425) 783-8305

Dated: March 26, 2007

MOSES & SINGER LLP


By: /s/ Alan E. Gamza
Alan E. Gamza (AG 2014)
Philippe Zimmerman (PZ 7744)
Alan Kolod (AK 3108)
405 Lexington Avenue
New York, NY 10174
Tel: (212) 554-7800
Fax: (212) 554-7700

WILMER CUTLER PICKERING
HALE AND DORR LLP
Seth P. Waxman
Craig Goldblatt
Danielle Spinelli
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

LAW OFFICES OF MICHAEL A.
GOLDFARB
Michael A. Goldfarb (admitted *pro hac vice*)
1150 Market Place Tower
2025 First Avenue
Seattle, WA 98121
Tel: (206) 374-7090
Fax: (206) 374-7095

PUBLIC UTILITY DISTRICT NO. 1 OF
SNOHOMISH COUNTY, WASHINGTON
Michael Gianunzio
Eric Christensen (admitted *pro hac vice*)
2320 California Street
P.O. Box 1107
Everett, WA 98206
Tel: (425) 783-8649
Fax: (425) 783-8305