UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

PUBLIC UTILITY DISTRICT NO. 1
OF SNOHOMISH COUNTY,
WASHINGTON,

                Appellant,         No. 07 Civ. 218 (LAP),
v.                                 07 Civ. 3078 (LAP)

ENRON POWER MARKETING, INC.,

                Appellee.

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Douglas F. Curtis of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 399 Park Avenue, New York, New York 10022, hereby appears on behalf of defendant Public Utility District No. 1 of Snohomish County, Washington, in the above-captioned action.

      I hereby certify that I am admitted to practice before this Court.

Dated:  June 11, 2007                    Respectfully submitted,

                                            /s/ Douglas F. Curtis
                                            Douglas F. Curtis (DC 2076)
                                            WILMER CUTLER PICKERING HALE
                                              AND DORR LLP
                                            399 Park Avenue
                                            New York, New York  10022
                                            (212) 230-8800

**CERTIFICATE OF SERVICE**

      I, Danielle Spinelli, hereby certify that on this 11th day of June, 2007, I served the foregoing NOTICE OF APPEARANCE by electronic mail and overnight courier on the parties to this action at the addresses listed below:

Israel Dahan
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
(212) 504-6629
israel.dahan@cwt.com

Jonathan D. Polkes
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
jonathan.polkes@weil.com

*Counsel for Appellee Enron Power*
 *Marketing, Inc.*

                                                     /s/ Danielle Spinelli
                                                     Danielle Spinelli