UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ELECTRONICALLY FILED**

| | |
|---|---|
| In re:<br><br>ENRON CORP.<br><br>Debtors. | District Court<br>Case No. 07-CV-218 (LAP)<br>Case No. 07-CV-3078 (LAP) |
| PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY, WASHINGTON<br><br>                      Plaintiff-Appellant,<br>- against –<br><br>ENRON POWER MARKETING, INC.<br>                      Defendant-Appellee. | Bankruptcy Court<br>Case No. 01-16034 (AJG)<br>Chapter 11<br>Jointly Administered<br><br>Adv. Proc. No. 03-2064 (AJG) |

## CORPORATE DISCLOSURE STATEMENT FOR ENRON POWER MARKETING, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Enron Power Marketing, Inc. ("EPMI"), a private party, certifies that EPMI is a wholly-owned subsidiary of Enron North America Corp ("ENA"). ENA's parent company is Enron Creditor's Recovery Corp. (formerly known as Enron Corp.), the equity of which is held by the Common Equity Trustee pursuant to the Supplemental Modified Fifth Amended Joint Plan of Affiliated Debtors Pursuant to Chapter 11 of the United States Bankruptcy Code dated July 2, 2004.

Dated:   New York, New York
         July 16, 2007

                      CADWALADER, WICKERSHAM & TAFT LLP

                      By: s/ Israel Dahan
                          Israel Dahan
                          One World Financial Center
                          New York, New York  10281
                          Telephone: (212) 504-6000

                          Mark C. Ellenberg (ME 6927)
                          Peter Friedman (PF 3932)
                          1201 F Street, N.W. Suite 1100
                          Washington, DC  20004
                          Telephone: (202) 862-2200

                          -and-

                          WEIL, GOTSHAL & MANGES
                          Peter Gruenberger (PG 6040)
                          Jonathan D. Polkes (JP 4265)
                          Howard B. Comet (HC 4353)
                          767 Fifth Avenue
                          New York, NY  10153

                          *Counsel for Appellee Enron Power Marketing, Inc.*