## CERTIFICATE OF SERVICE

I, Lauren U. Y. Lee, hereby certify that on July 16, 2007, I served the foregoing Brief of Appellee Enron Power Marketing, Inc., with attachments, and Corporate Disclosure Statement for Enron Power Marketing, Inc. by electronic mail and overnight courier on the parties to this action at the addresses listed below:

| | |
|---|---|
| *For Appellant Public Utility District No. 1 of Snohomish County, Washington*<br>Michael A. Goldfarb<br>Jeffrey G. Maxwell<br>Law Offices to Michael A. Goldfarb<br>1150 Market Place Tower<br>2025 First Avenue<br>Seattle, WA 98121<br>(206) 374-7090 | Craig Goldblatt<br>Joel W. Millar<br>Danielle Spinelli<br>D. Hien Tran<br>Wilmer Cutler Pickering Hale & Door LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 663-6000 |
| Alan E. Gamza (AG 2014)<br>Philippe A. Zimmerman (PZ 7744)<br>Alan Kolod (AK 3108)<br>Moses & Singer LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174-1299<br>(212) 554-7800 | Michael J. Gianunzio<br>Eric L. Christensen<br>Public Utility District No. 1<br>of Snohomish County<br>2320 California Street<br>Everett, WA 98206<br>(425) 783-8649 |
| Douglas F. Curtis (DC 2076)<br>Wilmer Cutler Pickering Hale & Door LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800 | Lisa Lynch<br>Wilmer Cutler Pickering Hale & Door LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |

                                              s/   Lauren U. Y. Lee
                                                  Lauren U. Y. Lee

USActive 9432038.1