```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH
COUNTY, WASHINGTON,

                  Appellant,

    v.

ENRON POWER MARKETING, INC.

                  Appellee.

Nos. 07 Civ. 218 (LAP);
07 Civ. 3078 (LAP)

## STIPULATION AND ORDER

WHEREAS, on April 30, 2007, this Court entered an order (1) consolidating the appeals to this Court by Appellant Public Utility District No. 1 of Snohomish County, Washington ("Snohomish") of (i) the October 30, 2006 order of the U.S. Bankruptcy Court in Adversary Proceeding No. 03-2064 and (ii) the March 19, 2007 final order of the Bankruptcy Court in Adversary Proceeding No. 03-2064, and (2) set a briefing schedule under which Snohomish's opening brief shall be due on June 11, 2007; Appellee Enron Power Marketing Inc.'s (EPMI) responsive brief shall be due on July 16, 2007; and Snohomish's reply brief shall be due on July 30, 2007; and

WHEREAS, on June 11, 2007, Snohomish filed its opening brief;

NOW THEREFORE, Snohomish and EPMI, by their respective attorneys of record, hereby stipulate and agree that:

    1.    EPMI's responsive brief shall not exceed sixty-five (65) pages;

    2.    Snohomish's reply brief shall not exceed thirty-three (33) pages.

Dated: July 17, 2007

_____
Craig Goldblatt (CG 6739)
WILMER CUTLER PICKERING
HALE & DORR LLP
1875 Pennsylvania Ave., NW
Washington, D.C., 20006
(202) 663-6000

*Attorney for Appellant Public Utility District No. 1 of Snohomish County, Washington*

_____
Jonathan D. Polkes (JP 4265)
WEIL, GOTSHAL &
MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

*Attorney for Appellee Enron Power Marketing, Inc.*

SO ORDERED

_____
Loretta A. Preska, U.S.D.J.

Dated: July 7, 2007