# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Scott E. Silberfein, Esq.
Direct: 212.554.7845  Fax: 212.554.7700
ssilberfein@mosessinger.com

January 18, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

RECEIVED
JAN 22 2008
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S D. N. Y.

**VIA HAND DELIVERY**

Hon. Loretta A. Preska
United States District Judge
500 Pearl Street
Room 1320
New York, NY 10007

Re: **Enron Power Marketing Inc. v. Public Utility District No. 1 of Snohomish County; Case No. 07-CV-03078 (LAP)**

Dear Judge Preska:

    We are co-counsel for Public Utility District No. 1 of Snohomish County, Washington ("Snohomish").

    Enclosed please find a copy of the Settlement and Release of Claims Agreement executed by and between each of the Enron Parties, the Trial Staff of the Federal Energy Regulatory Commission and Public Utility District No. 1 of Snohomish County, Washington on or about October 9, 2007 ("Settlement Agreement"). The Settlement Agreement was approved by orders of both United States Bankruptcy Judge Arthur J. Gonzalez on November 8, 2007 and the Federal Energy Regulatory Commission on January 8, 2008 (the "Orders").

    Pursuant to Section 5.2.2 of the Settlement Agreement, as approved in the Orders, Snohomish is obligated to dismiss with prejudice the above-referenced appeal. Accordingly, and pursuant to directions received from your chambers, we respectfully submit this letter request to have this matter dismissed with prejudice.

```
The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:
_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.
January 25, 2008
```

Respectfully submitted,

MOSES & SINGER LLP

_Scott E. Silberfein_
Scott E. Silberfein

Enclosure

cc: Jonathan Polkes, Esq. (via e-mail)
    Mark Ellenberg, Esq. (via e-mail)

667002v2 008922.0101